IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02609-PAB

FEDERAL DEPOSIT INSURANCE CORPORATION, in its Capacity as Receiver for
FirsTier Bank,

     Plaintiff,

v.

GEORGE G. MCCONNELL,
ROBERT G. MCCONNELL, and
SARAH PETERSON,

     Defendants.

---

## ORDER

---

     This matter came before the Court for a hearing on plaintiff's Motion for

Temporary Restraining Order [Docket No. 5].  The Court heard the testimony of

Gregory Gilroy on behalf of plaintiff and also of defendants Sarah Peterson and George

McConnell.  At the conclusion of the hearing, the Court made findings of fact and

conclusions of law.  One of the Court's conclusions of law was that plaintiff carried its

burden of establishing all four factors identified in *RoDa Drilling Co. v. Siegal*, 552 F.3d

1203, 1308 (10th Cir. 2009), in support of its motion for issuance of a temporary

restraining order.  Therefore, it is

     ORDERED that plaintiff's Motion for Temporary Restraining Order [Docket No. 5]

is granted in part and denied in part, as set forth below.  It is further

     ORDERED that defendants George McConnell, Sarah Peterson, their officers,

agents, servants, employees, and attorneys, and those persons acting in concert with

them who receive actual notice of this Order, are hereby enjoined from operating a haunted house or conducting any activities related to a haunted house on Outlot A of 9849 Isabelle Road, Lafayette, Colorado 80228.  It is further

ORDERED that defendants George McConnell and Sarah Peterson shall remove all structures related to the haunted house from Outlot A of 9849 Isabelle Road, Lafayette, Colorado 80228 on or before October 28, 2011.  It is further

ORDERED that this Order shall expire within fourteen days of the date this Order was issued, October 7, 2011, unless within that time it is extended for good cause shown.  It is further

ORDERED that the parties shall contact the Court on or before October 11, 2011 to set a hearing on plaintiff's motion for preliminary injunction.

DATED October 7, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge